WILLIAM SCHOLLE, Respondent, *v.* JACOB SCHOLLE et al., JOSEPH McGUIRE, Purchaser, etc., Appellants.

(Submitted December 22, 1885 ; decided January 19, 1886.)

*Weekes & Forster* for appellants.

*Alexander B. Johnson* for respondent.

Agree to affirm on opinion of FREEDMAN, J., in court below.
All concur.
Judgment affirmed.

---

In the Matter of the Application of the STATEN ISLAND RAPID TRANSIT RAILROAD COMPANY to acquire title to lands, etc.

(Argued December 22, 1885 ; decided January 19, 1886.)

*James McNamee* for appellant.

*Albert B. Boardman* for respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.

---

THE PEOPLE OF THE STATE OF NEW YORK *v.* THE KNICKER-BOCKER LIFE INSURANCE COMPANY, ALBERT LEE HUNT, Claimant, etc., Appellant.

(Submitted December 22, 1885 ; decided January 19, 1886.)

*Raphael J. Moses, Jr.,* for appellant.

*Edward H. Hobbs* for receiver, respondent.

Agree to affirm ; no opinion.
All concur.
Order affirmed.